No. 43854.—Protest 28893–K of Sam Levy (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of atomizers chiefly used in the household, similar to those the subject of Rice v.

*United States* (T. D. 49373). The claim at 40 percent under paragraph 339 was therefore sustained.